# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AMANDA R. HEINEMAN,** | |
| **Plaintiff,** | **8:25CV391** |
| vs. | **ORDER** |
| **PER MAR SECURITY & RESEARCH CORP.,** | |
| **Defendant.** | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1. On or before **August 12, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 11th day of July, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge